UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                            ORDER
                                              Crim. No. 11-280 (04) (MJD/JSM)

Jesus Lopez-Vasquez
aka Hector Benitz Gutierrez,

    Defendant.
_____

This matter is before the Court on the Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses. The Defendant is not eligible for a sentence reduction, however, as he was sentenced to a term of imprisonment that is below the minimum of the amended guideline range. See U.S.S.G. § 1B1.10 (b)(2)(A) (except in cases where the defendant received a downward departure for substantial assistance, the court may not reduce the defendant's term of imprisonment to a term that is less than the minimum of the amended guideline range).

IT IS HEREBY ORDERED that Defendant's Motion for Sentence Reduction [Doc. No. 886] is DENIED.


Date: July 31, 2015          s/ Michael J. Davis
                             Michael J. Davis
                             United States District Court

Criminal No. 11-280 (04)